UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IRAJ YAZPANDANASH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SACRAMENTO VALLEY MORTGAGE GROUP D/B/A GREATER VALLEY MORTGAGE, a business entity, form unknown; et al.,<br><br>　　　　Defendants. | Case No: C 09-2024 SBA<br><br>**ORDER SETTING DEADLINE FOR AMENDED COMPLAINT** |

On December 1, 2009, the Court issued an order granting Defendants' motions to dismiss (Docket 9, 17, 23) and granted Plaintiff leave to amend. Accordingly,

IT IS HEREBY ORDERED that by no later than <u>December 11, 2009</u>, Plaintiff shall file a Second Amended Complaint that cures the deficiencies noted in the Court's December 1, 2009 order. If Plaintiff fails to file an amended complaint within the aforementioned period of time, the claims dismissed in the December 1, 2009 order shall be deemed dismissed with prejudice. Defendants shall file their responsive pleading by no later than December 28, 2009.

IT IS SO ORDERED.

Dated: December 1, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge